

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00350-CV

**IN THE MATTER OF L.R.**

From the County Court, Val Verde County, Texas
Trial Court No. J-11-67
Honorable Sergio J. Gonzalez, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the juvenile court's disposition and commitment orders are REVERSED, and the cause is REMANDED to the juvenile court for further proceedings and with instructions to consider whether the underlying cause should be re-transferred to the Bastrop County Juvenile Court given the basis on which the cause was initially transferred from that court to the Val Verde County Juvenile Court.

SIGNED July 3, 2013.

_____
Patricia O. Alvarez, Justice